IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01453-EWN-MJW

JEANNE M. GRIFFIN, f/k/a Jeanne M. Phelps,

Plaintiff(s),

v.

ENVIRONMENTAL SUPPORT SOLUTIONS, INC., an Arizona Corporation,

Defendant(s).

MINUTE ORDER
(DN 19)

It is hereby ORDERED that Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 19) is GRANTED. The written Stipulated Protective Order (docket no. 19-3) is APPROVED and made an Order of Court.

Date: November 30, 2007