IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01453-EWN-KMT

JEANNE M. GRIFFIN, f/k/a Jeanne M. Phelps,

    Plaintiff,

v.

ENVIRONMENTAL SUPPORT SOLUTIONS, INC., an Arizona corporation,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Defendant's Unopposed Motion to Vacate and Reschedule Settlement and Pretrial Conferences" (#32, filed January 22, 2008) is GRANTED. The settlement conference is RESET to February 29, 2008, at 1:30 p.m. The preliminary pretrial conference is RESET to March 28, 2008, at 1:30 p.m.

Dated: January 23, 2008