UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01453-EWN-KMT

JEANNE M. GRIFFIN F/K/A JEANNE M. PHELPS

    Plaintiff(s),

v.

ENVIRONMENTAL SUPPORT SOLUTIONS, INC., AN
ARIZONA CORPORATION

    Defendant(s).

---

## ORDER OF DISMISSAL
---

THIS COURT, on the Parties' Joint Stipulated Motion to Dismiss with Prejudice, and being fully advised in the premises, hereby ORDERS:

Plaintiff's Complaint and this action are dismissed in its entirety with prejudice, each party to bear its own fees and costs.

The Clerk shall administratively close this matter on the Court's docket.

IT IS SO ORDERED by the Court this 25th day of April, 2008.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              Chief United States District Judge